UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 23-cv-21093-BLOOM/Otazo-Reyes**

MANDY KOESTER,
*on behalf of herself and all others*
*similarly situated*

       Plaintiff,

v.

INDEPENDENT LIVING SYSTEMS, LLC,

       Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On April 17, 2023, the Court granted Defendant's Unopposed Motion to Stay Case Pending Resolution of Motion to Consolidate in First-Filed Action. ECF No. [16].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED**.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. The parties may file a motion to lift the stay and reopen the case upon a ruling on the Motion to Consolidate, or upon otherwise appropriate circumstances.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 29, 2023.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record